# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

CATHY CASTIC,

    Plaintiff,

v.

COMENITY BANK,

    Defendant.

Case No. 3:19-cv-00257-JPG-GCS

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

The plaintiff has filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 8.) That rule calls for the dismissal of a case if the plaintiff files such a notice before the opposing party serves either an answer or motion for summary judgment. Having met the requirements of the rule, the Court **FINDS** that this case is **DISMISSED WITH PREJUDICE**. The Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED: MAY 1, 2019**

                                                    **s/ *J. Phil Gilbert***
                                                    **J. PHIL GILBERT**
                                                    **U.S. DISTRICT JUDGE**